

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BAYROCK GROUP LLC,

        Plaintiff(s),                        Civil Action No. 10 CV 6338

  -against-                            AFFIDAVIT OF SERVICE

JOSHUA BERNSTEIN,

        Defendant(s).
-------------------------------------------------------------------------X
STATE OF NEW YORK   )
                                  S.S.:
COUNTY OF ROCKLAND  )

       DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 12th day of October, 2010, at approximately the time of 3:35 PM, deponent served a true copy of the SUMMONS, COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, ECF RULES AND INSTRUCTIONS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS AND INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD USDJ upon JOSHUA BERNSTEIN at 65 Aberfoyle Road, New Rochelle 10804, by personally delivering and leaving the same with "JOHN DOE", a person of suitable age and discretion at that address, the last known place of residence. At the time of service, "JOHN DOE" refused to give deponent his name or answer any questions.

       "JOHN DOE" is a white male, approximately 57 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 175 pounds with gray hair and brown eyes.

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

That on the 12th day of October, 2010, deponent served another copy of the foregoing upon JOSHUA BERNSTEIN by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of Suffern and State of New York, addressed as follows:

JOSHUA BERNSTEIN
65 Aberfoyle Road
New Rochelle 10804

DAVID KSIAZEK #0974523

Sworn to before me this
21st day of October, 2010

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
222 Rte. 59
Ste. 111
Suffern, NY 10901
845-639-7559
www.dlsnational.com