DATE FILED: 11/24/10
DOC #:
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BAYROCK GROUP LLC,

                Plaintiff,

      - against -

JOSHUA BERNSTEIN,

                Defendant.
------------------------------------------------------------- X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

10 Civ. 6338 (NRB)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Inquest After Default/Damages Hearing

**XX** **Settlement**

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**   *Please see the parties ASAP*

DATED:   New York, New York
           November 24, 2010

Naomi Reice Buchwald
United States District Judge