**MEMO ENDORSED**

# WROBEL & SCHATZ LLP
### ATTORNEYS AT LAW
### 11TH FLOOR
### 1040 AVENUE OF THE AMERICAS
### NEW YORK, NY 10018-3703

PHILIP R. SCHATZ
DAVID C. WROBEL
STEVEN I. FOX

M. KATHERINE WINGARD
BRETT JOSHPE

OF COUNSEL
HOWARD S. SUSSMAN
CHRISTOPHER T. LAMAL

TELEPHONE: (212) 421-8100   FAX: (212) 421-8170
www.wandslaw.com

December 16, 2010

**Via Fax**
The Honorable Frank Mass
United States Magistrate Judge
United States Courthouse
500 Pearl St., Courtroom 20A
New York, NY 10007-1312

*[Handwritten endorsement:]* We can meet that morning, but I suggest we begin at 9:30 a.m., as I have another engagement at noon that cannot be postponed. /s/ Mass, USMJ, 12/16/10

Re: **BayRock Group LLC v. Bernstein, Case No.: 10 Civ. 6338**

Dear Judge Mass:

This firm represents the defendant in the above-referenced matter. Due to the upcoming holidays and the unavailability of counsel, and with consent of plaintiff's counsel, this letter is written to request an adjournment of the settlement conference scheduled for December 29, 2010 at 2 p.m. This is the first request for an adjournment.

After contacting Chambers to secure an acceptable alternative date, we respectfully request that the conference be rescheduled on January 13 at 10:00 a.m.

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/16/10

Respectfully submitted,

*/s/ David C. Wrobel*

David C. Wrobel

cc: Walter A. Saurack, Esq.
Satterlee, Stephens Burke & Burke, LLP
230 Park Avenue
New York, New York 10169
Fax (212) 818-9606