**MEMO ENDORSED**

# Satterlee Stephens Burke & Burke LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200

33 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2735
(732) 603-4966

FAX (212) 818-9606
www.ssbb.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/11

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 1 7 2011
UNITED STATES COURT JUDGE

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

August 11, 2011

**VIA FACSIMILE** (212-805-7927)

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Bayrock Group LLC v. Bernstein*, 10 Civ. 6338 (NRB)

Dear Judge Buchwald:

**MEMO ENDORSED**

    We represent Bayrock Group LLC ("Bayrock") in the above-entitled matter. On June 29, 2011, Your Honor dismissed this action without prejudice to restoring it to the Court's calendar upon an application by any of the parties by August 12. The parties are close to reaching a settlement in this matter, and we are writing to respectfully request that the Court grant the parties a short extension of the aforementioned deadline for restoration of this matter until on or before August 19. All parties in this matter consent to this request.

*Application granted.*

                                Respectfully submitted,

                                Walter A. Saurack

*Naomi Reice Buchwald, USDJ*
*8/12/11*

WAS/jc

    cc:    David C. Wrobel, Esq. (via facsimile)
            Brett Joshpe, Esq. (via email)
            Michael P. Beys, Esq. (via email)

1219389_1