# Satterlee Stephens Burke & Burke LLP
### 230 PARK AVENUE
### NEW YORK, NY 10169-0079
### (212) 818 9200

33 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2735
(732) 603-4966

FAX (212) 818-9606
www.ssbb.com

E-Mail: wsaurack@ssbb.com
Direct Dial: (212) 404-8703

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 19 2011
UNITED STATES COURT JUDGE

**MEMO ENDORSED**

August 19, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/11

**VIA FACSIMILE** (212-805-7927)

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Bayrock Group LLC v. Bernstein*, 10 Civ. 6338 (NRB)

Dear Judge Buchwald:

**MEMO ENDORSED**

We represent Bayrock Group LLC ("Bayrock") in the above-entitled matter. On June 29, 2011, Your Honor dismissed this action without prejudice to restoring it to the Court's calendar upon an application by any of the parties by August 12 and then granted a one week extension until August 19. The parties very close to reaching a settlement in this matter, and we are writing to respectfully request that the Court grant the parties a second extension of the deadline for restoration of this matter until on or before August 26. All parties in this matter consent to this request.

So ordered.
[signature]
USDJ
8/22/11

Respectfully submitted,

[signature]

Walter A. Saurack

WAS/cag

cc:   David C. Wrobel, Esq. (via facsimile)
      Brett Joshpe, Esq. (via email)
      Michael P. Beys, Esq. (via email)

1219389_1